IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 2:17cv102-WHA (WO) |
| $61,122.00 IN UNITED STATES CURRENCY, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This cause is before the court on a Motion for Leave to File Under Seal and a Motion to Stay Further Proceedings (Doc. #13, 14) filed by claimant George Jones. The Government does not oppose the motions.

Accordingly, it is hereby ORDERED as follows:

1. The Motion for Leave to File Under Seal is GRANTED (Doc. #13).

2. The Motion to Stay Further Proceedings (Doc. #14) is GRANTED and this case is stayed until further Order of the court.

3. The parties are to file a status report with this court on or before May 30, 2018.

Done this 29th day of November, 2017.

                                                /s/ W. Harold Albritton
                                                W. HAROLD ALBRITTON
                                                SENIOR UNITED STATES DISTRICT JUDGE